IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:
ARTHUR & SHEILA MILTON                                NO. 09-04100-EE

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Byrd & Wiser and enter their appearance as counsel for and on behalf Santander Consumer USA Inc., successor in interest to Roadloans, a Division of Triad Financial Corporation ("Santander") in the above styled matter. Pursuant to Bankruptcy Rules 2002 and 9010(b), we request that all notices given or required to be served in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below. The undersigned is not authorized to accept service of process in any matter requiring same on behalf of Santander Consumer USA Inc. succcessor in interest to Roadloans, a Division of Triad Financial Corporation ("Santander"), including but not limited to adversary proceedings.

Respectfully submitted,

SANTANDER CONSUMER USA, INC.

BY:  BYRD & WISER

BY:  /S/ ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

## CERTIFICATE

I, ROBERT ALAN BYRD, counsel for Santander Consumer USA Inc. successor in interest to Roadloans, a Division of Triad Financial Corporation ("Santander") do hereby certify that I have this date mailed a true and correct copy of the above and foregoing Entry of Appearance and Request for Notice, postage prepaid, by means of United States Mail to Thandi J. Wade, Attorney for Debtor, at PO Box 22688, Jackson, MS  39225-2688; and James Henley, Trustee, at PO Box 31980, Jackson, MS 39286-1980.

This the 21st day of January, 2010.

/S/ ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029